# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Jeffrey Cole | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 786 | **DATE** | 11/29/07 |
| **CASE TITLE** | USA vs. David Arredondo | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant appears in response to arrest on 11/29/2007. Defendant informed of rights. Ms. Helen J. Kim appears as counsel for defendant, the defendant shall reimburse the Federal Defender Program for Ms. Kims services upon his return to the Southern District of Texas. Removal proceedings held. Defendant waives identity hearing. The Court finds that the defendant is the person named in the arrest warrant. Order defendant removed to USDC Southern District of Texas, Houston Division. The issue of whether defendant will be removed in custody will be decided on 11/30/07. Removal is stayed pending disposition of the detention hearing. Detention hearing set for 11/30/07 at 12:00 p.m.

For further details see order attached.                                                           Docketing to mail notices

00:30