# United States District Court

FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA )
)
vs. ) NO. 07CR786
DAVID ARREDONDO )
)
_____ )
)
)

## ORDER APPOINTING COUNSEL

~~The above-named defendant has testified under oath or has filed with the court an Affidavit of Financial Status and thereby satisfied this court that he or she is financially unable to employ counsel.~~ Based on the representations of the Federal Defender's office, Mr. Arredondo is functionally without funds today.

Accordingly, the FEDERAL DEFENDER PROGRAM is hereby appointed to represent this defendant ~~in the above-designated case~~ today - Nov 29, '07, unless relieved by an order of this court or by order of the court of appeals. Mr. Arredondo is ordered to reimburse the ~~U.S.~~ Federal Defender's office for the value of the services provided by Mr. Jeans upon his return to the Southern District of Texas.

DATE: 11/29/07

ENTER:

_____
Signature of U.S. District Court Judge,
Magistrate Judge (or Clerk or Deputy
Clerk by order of the Court)