# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Jeffrey Cole | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 786 | **DATE** | 12/4/2007 |
| **CASE TITLE** | USA vs. David Arridondo | | |

**DOCKET ENTRY TEXT**

Detention hearing. Parties agree on conditions of release. Immediately, upon arrival to Texas the defendant is to report to Pretrial Services. Defendant is ordered to appear at the US District Court Southern District of Texas, Houston Division on 12/13/07. Defendant is to reimburse the Federal Defenders Office for Helen Kim's representation by 12/28/07.

Docketing to mail notices.

00:30

| | Courtroom Deputy Initials: | CDH |
|---|---|---|