**FILED**

DEC 1 7 2007 /H

MICHAEL W. DOBBINS
CLERK, U. S. DISTRICT COURT

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

1. Article Addressed to:

   Southern District of Texas
   P.O. Box 61010
   Houston, TX 77208

   07 CR 786

   ☐ Express Mail
   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)
   7006 0100 0001 7312 4642

PS Form 3811, February 2004   Domestic Return Receipt   07 CR 786   102595-02-M-1540

---

UNITED STATES POSTAL SERVICE
HOUSTON TX 772
11 DEC 2007 PM

First-Class Mail
Postage & Fees Paid
USPS
Permit No.

- Sender: Please print your name, address, and ZIP+4 in this box

RECEIVED
DEC 1 7 2007

District Court
219 S. Dearborn
Chicago, IL 60604

MICHAEL W. DOBBINS
CLERK, U. S. DISTRICT COURT

60604+1800